2006–1697.  Chillicothe Tel. Co. v. Pub. Util. Comm.
Public Utilities Commission, No. 05–1298–TP–UNC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.